NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES A. POINDEXTER, II,      )
DOC #R767273,                   )
                                )
            Appellant,          )
                                )
v.                              )
                                )       Case No.  2D18-1857
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____)

Opinion filed March 22, 2019.

Appeal from the Circuit Court for Sarasota
County; Stephen M. Walker, Judge.

Charles A. Poindexter, pro se.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, SLEET, and BADALAMENTI, JJ., Concur.